IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANCE DARDEN and<br>JULIEANNE QUACH,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORTYFIVE STUDIOS, LLC,<br>AARON BOWDOIN,<br>RANDALL CHAMPAGNE,  and<br>THOMAS MAHAN,<br><br>*Defendants*. | CIVIL ACTION FILE NO.<br>1:16-CV-00970-SCJ |

# ORDER

Plaintiff Julieanne Quach ("Plaintiff") and Defendants Fortyfive Studios, LLC, Aaron Bowdoin, Randall Champagne and Thomas Mahan (collectively "Defendants") have filed a Joint Motion For Approval of Settlement seeking the court's review and approve of the Settlement Agreement resolving Plaintiff's claims. (Dkt No. 21.)   Because Ms. Quach asserted claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA") the settlement of her FLSA claims requires the court's approval. *See Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The court has carefully reviewed the grounds set forth in the Parties' Joint Motion for Approval of Settlement as well as examined the terms of the

Settlement Agreement attached as Exhibit A to the Parties' Joint Motion. (Dkt. No. 21, Ex. A).  The court finds the terms of settlement represent a fair and reasonable resolution of bona fide disputes surrounding Plaintiff's FLSA claims.  The court further finds the amounts to be paid pursuant to the Settlement Agreement as Ms. Quach's costs and attorneys' fees are reasonable.  Therefore, the Court hereby **APPROVES** the Settlement Agreement.  Except as expressly provided in the Settlement Agreement, each party shall bear her/his/it's own costs and attorneys' fees.

    **IT SO ORDERED** this  10th   day of November, 2016.


                         s/Steve C. Jones
                         STEVE C. JONES,
                         UNITED STATES DISTRICT JUDGE