IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANCE DARDEN and JULIEANNE QUACH,<br><br>*Plaintiffs,*<br><br>v.<br><br>FORTYFIVE STUDIOS, LLC, AARON BOWDOIN, RANDALL CHAMPAGNE, and THOMAS MAHAN,<br><br>*Defendants.* | CIVIL ACTION FILE NO. 1:16-CV-00970-SCJ |

### NOTICE OF FILING

**NOW COMES** Plaintiff Lance Darden, with the consent of Defendants Fortyfive Studios, LLC., Aaron Bowdoin, and Randall Champagne (hereinafter collectively "the Parties"), and files the attached proposed Order regarding the Parties' proposed settlement of Mr. Darden's claims.

Respectfully submitted this sixteenth (16th) day of December, 2016.

/s/   Peter H. Steckel

          Peter H. Steckel
          Georgia Bar Number 491935
          Counsel for Plaintiffs

1902 Alderbrook Road
Atlanta, Georgia  30325
(404) 717-6220
Email:  peterhs1974@yahoo.com


I hereby certify that the forgoing has been drafted using the Century Schoolbook, 14 point font, pursuant to L.R. 5.1(c), N.D. Ga.

          */s/   Peter H. Steckel*
          Peter H. Steckel

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANCE DARDEN and JULIEANNE QUACH, *Plaintiffs*, v. FORTYFIVE STUDIOS, LLC, AARON BOWDOIN, RANDALL CHAMPAGNE, and THOMAS MAHAN, *Defendants*. | CIVIL ACTION FILE NO. 1:16-CV-00970-SCJ |

# ORDER

Plaintiff Lance Darden ("Plaintiff") and Defendants Fortyfive Studios, LLC, Aaron Bowdoin, Randall Champagne (collectively "Defendants") have filed a Joint Motion For Approval of Settlement seeking the Court's review and approve of the Settlement Agreement resolving Plaintiff's claims. Because Mr. Darden asserted claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), the settlement of his FLSA claims requires the Court's approval. *See Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has carefully reviewed the grounds set forth in the Parties' Joint Motion for Approval of Settlement as well as examined the terms of the

Settlement Agreement attached as Exhibit A to the Parties' Joint Motion. The Court finds the terms of settlement represent a fair and reasonable resolution of *bona fide* disputes surrounding Plaintiff's FLSA claims.  The Court further finds the amounts to be paid pursuant to the Settlement Agreement as Mr. Darden's costs and attorneys' fees are reasonable.

Therefore, the Court hereby **APPROVES** the Settlement Agreement. Except as expressly provided in the Settlement Agreement, each Party shall bear his/its own costs and attorneys' fees.   The Court will retain jurisdiction for enforcement purposes only.

**IT SO ORDERED** this \_\_\_\_\_ day of December, 2016.

_____
STEVE C. JONES,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANCE DARDEN and JULIEANNE QUACH, *Plaintiffs,* v. FORTYFIVE STUDIOS, LLC, *et. al.,* *Defendants.* | CIVIL ACTION FILE NO. 1:16-CV-00970-SCJ |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel Wyatt

This 16th day of December, 2016.

/s/   Peter H. Steckel
Peter H. Steckel
Georgia Bar Number 491935
Counsel for Plaintiffs

1902 Alderbrook Road
Atlanta, Georgia  30325
(404) 717-6220

3